IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VINCENT WHITE,  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOHN MCLAIN, JOHNNY THORNTON,  )<br>SR., JOHN CASSIDY, GREG O'SHEA,  )<br>ALLEN O'SHEA, JEFFERY SULLIVAN,  )<br>and CLINTON LAW  )<br>    Defendants.  )  | CIVIL ACTION NO. 14-502-KD-M |

**JUDGMENT**

In accordance with the Court's Order entered on this date, it is hereby **ORDERED**, **ADJUDGED,** and **DECREED** as follows:

1.  **JUDGMENT** is entered against Plaintiff and in favor of Defendants John McLain, Johnny Thornton, Sr., John Cassidy, Greg O'Shea, Allen O'Shea, Jeffery Sullivan, and Clinton Law on Count One of the Complaint.

2.  Count Two of the Complaint is **DISMISSED**.[1]

3.  **JUDGMENT** is entered against Plaintiff and in favor of Defendants John McLain, Johnny Thornton, Sr., John Cassidy, Greg O'Shea, Allen O'Shea, Jeffery Sullivan, and Clinton Law on Count Three of the Complaint.

4.  Plaintiff's state law claims against all Defendants (Counts Four and Five) are **DISMISSED without prejudice**.[2]

**DONE** and **ORDERED** this **28th** day of **April 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Count Two was dismissed via the Court's Order on Summary Judgment. (Doc. 40). Plaintiff's response brief stated, "The claims under Count II for False Arrest/False Imprisonment are subsumed in Plaintiff's other claims and Count II is therefore due to be dismissed." (Doc. 35 at 31).

[2] The Court dismissed these counts via a previous Order (Doc. 55) pursuant to Defendants' Motion to Dismiss Plaintiff's state law claims of assault and outrage. (Doc. 42). Plaintiff responded to the motion as follows: "The Plaintiff does not oppose the Defendants' motion to dismiss the State law claims (Fourth and Fifth Counts) of Thornton, McLain, Sullivan, Cassidy, Allen O'Shea, Law, and Greg O'Shea [Doc. 4[2]]." (Doc. 53).